UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 2:17-cv-1926-JAM EFB P |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCH P. TISHER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On July 3, 2018, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within fourteen days. Plaintiff has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed July 3, 2018, are adopted in full;

2. Plaintiff's request for leave to proceed in forma pauperis (ECF No. 2) is denied;

3. Plaintiff is directed to pay the filing of $400.00 in full within twenty-one (21) days from the date this order is served; and

4. Plaintiff is admonished that failure to timely comply will result in the dismissal of this action.

DATED: September 27, 2018      /s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATED DISTRICT COURT JUDGE