UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY BLACKMAN, | No. 2:17-cv-01926-JAM-EFB P |
| Plaintiff, | |
| v. | ORDER |
| FRANCISCH P. TISHER, et al., | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 28, 2018, the Court denied plaintiff's application to proceed in forma pauperis because plaintiff is a three-strikes litigant within the meaning of 28 U.S.C. § 1915(g) and granted plaintiff twenty-one days within which to pay the $400 filing fee for this action. ECF No. 11. Plaintiff was warned that failure to pay the filing fee within twenty-one days would result in dismissal of this action. Id. Plaintiff has not paid the filing fee or otherwise responded to the Court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed.

DATED: November 5, 2018

/s/ John A. Mendez_____ _____

UNITED STATES DISTRICT COURT JUDGE

1